UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.:  3:14-cv-30100-MGM

_____
| | |
|---|---|
| FAITH JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| AMHERST NURSING HOME, INC. D/B/A ) | |
| CENTER FOR EXTENDED CARE AT ) | |
| AMHERST, KEENA KEERNAN and ) | |
| RASIDI AKODO, ) | |
| ) | |
| Defendants. ) | Dated:  July 23, 2014 |

## DISCLOSURE STATEMENT OF
## AMHERST NURSING HOME, INC. d/b/a
## CENTER FOR EXTENDED CARE AT AMHERST

NOW COMES the Defendant, Amherst Nursing Home, Inc. d/b/a Center for Extended Care at Amherst and respectfully states the following pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.3.

Amherst Nursing Home, Inc. d/b/a Center for Extended Care at Amherst hereby declares that it is a non-governmental corporation, it does not have any parent corporation(s), and no publicly held corporation owns ten percent (10%) or more of its stock.

A supplemental disclosure statement will be filed upon any change in the information provided herein.

Respectfully submitted,

The Defendants,

AMHERST NURSING HOME, INC. D/B/A CENTER FOR EXTENDED CARE AT AMHERST, KEENA KEERNAN

By their Attorney,

*/s/ Meghan B. Sullivan*
Meghan B. Sullivan, Esq.
Federal No.: 635265
SULLIVAN, HAYES & QUINN, LLC
One Monarch Place ó Suite 1200
Springfield, MA 01144-1200
Tel. (413) 736-4538
Fax (413) 731-8206
E-mail: Meghan.Sullivan@sullivanandhayes.com;
          Linda.Berrios@sullivanandhayes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of July, 2014, I electronically filed the *Disclosure Statement of Amherst Nursing Home, Inc. d/b/a Center for Extended Care at Amherst* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following registered participants:

Michael O. Shea, Esq.
Law Office of Michael O. Shea, P.C.
3 Crane Park Drive, Suite 7
Wilbraham, MA  01095
E-mail: owenshea@aol.com

*/s/ Meghan B. Sullivan*
Meghan B. Sullivan, Esq.