UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2014-cv-30100-MGM

FAITH JOHNSON,

                  Plaintiff

v.

AMHERST NURSING HOME, INC. D/B/A
CENTER FOR EXTENDED CARE AT
AMHERST, KEENA KEERNAN and RASIDI
AKODO,

                  Defendants

## PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND COMPLAINT AND JURY DEMAND

NOW COMES the Plaintiff, Faith Johnson, and respectfully requests leave to amend her

Complaint and Jury Demand, pursuant to Fed. R. Civ. P. 15 and otherwise. The Plaintiff seeks to

amend her Complaint and Jury Demand to clarify the claims contained therein as well as to

correct the spelling of the individual defendant – Keena Keeran.

As reasons therefor, the Plaintiff states that the Defendants will not be prejudiced by the

allowance of this Motion and only the Plaintiff would be prejudiced if this Motion is not

allowed.  In support of this Motion, the Plaintiff refers the Court to the attached Memorandum in

Support of Plaintiff's Motion for Leave of Court to Amend Complaint and Jury Demand and a

proposed Amended Complaint.

WHEREFORE, the Plaintiff, Faith Johnson, respectfully requests that this Court allow

her leave to file an Amended Complaint (attached hereto).

Respectfully submitted,


The Plaintiff
FAITH JOHNSON
By Her Attorney

/s/ Michael O. Shea                              Dated:  August 26, 2014
MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office of Michael O. Shea, P.C.
3 Crane Park Drive, Suite 7
Wilbraham, MA 01095
Telephone No.: (413) 596-8005
Facsimile No.: (413) 596-8095
Email: owenshea@aol.com


## LOCAL RULE 7.1 CERTIFICATION

I, Michael O. Shea, Esq., Counsel for the Plaintiff, hereby certify that I conferred with Counsel for the Defendants, Meghan B. Sullivan, Esq., pursuant to Local Rule 7.1 via electronic mail on August 26, 2014 regarding the instant Motion but to no avail.


/s/ Michael O. Shea
Michael O. Shea


## CERTIFICATE OF SERVICE

I, Michael O. Shea, Esq., hereby certify that on the 26th day of August, 2014, I served the foregoing document by electronic filing through the ECF system to Counsel of Record for the Defendants.


/s/ Michael O. Shea
Michael O. Shea