UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 2014-cv-30100-MGM

| |
|---|
| FAITH JOHNSON, <br><br>         Plaintiff <br><br> v. <br><br> AMHERST NURSING HOME, INC. D/B/A CENTER FOR EXTENDED CARE AT AMHERST, KEENA KEERNAN and RASIDI AKODO, <br><br>         Defendants |

## PLAINTIFF'S LOCAL RULE 16.1 CERTIFICATION

Pursuant to Local Rule 16.1, the Plaintiff, Faith Johnson, and her Counsel certify that they have conferred with a view toward establishing a budget for the costs of conducting the full course of the above-captioned litigation through trial, and have discussed Alternative Dispute Resolution ("ADR") programs and the costs of resolving the instant litigation through an ADR program.

Respectfully submitted,

The Plaintiff
FAITH JOHNSON
By Her Attorney

/s/ Michael O. Shea
MICHAEL O. SHEA, ESQ.
BBO No. 555474
Law Office of Michael O. Shea, P.C.
3 Crane Park Drive, Suite 7
Wilbraham, MA 01095
Telephone No.: (413) 596-8005
Facsimile No.: (413) 596-8095

Dated: October 1, 2014

_/s/ Faith Johnson_
FAITH JOHNSON

Dated: October 1, 2014

## CERTIFICATE OF SERVICE

 I, Michael O. Shea, Esq., hereby certify that on the 1st day of October, 2014, I served the foregoing document by electronic filing through the ECF system to Counsel of Record for the Defendants.

             /s/ Michael O. Shea
             Michael O. Shea